**Order filed, February 7, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00094-CV

_____

**KRISTEN C. HITCHCOCK TAKARA, AS REPRESENTATIVE AND INDEPENDENT ADMINISTRATIX OF THE ESTATE OF REUBEN BLAIR HITCHCOCK, Appellant**

**V.**

**ANDREW JACKSON, Appellee**

---

**On Appeal from the 20th District Court
Milam County, Texas
Trial Court Cause No. CV39023**

---

## ORDER

The reporter's record in this case was due February 6, 2020. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Angela Ralston, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher Bourliot.